■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS DOMINGUEZ, Appellant. [616 NYS2d 502] —Judgment, Supreme Court, New York County (Joan Carey, J., on *Wade* motion; Franklin Weissberg, J., at plea and sentence), rendered March 30, 1993, convicting defendant, upon a guilty plea, of manslaughter in the first degree, and sentencing him to a term of 6 to 18 years, unanimously affirmed.

The court did not err in summarily denying defendant's motion for a *Wade* hearing. When a defendant's identity is not in issue, " ' "suggestiveness" is not a concern' " and there is no need for a hearing *(People v Rodriguez,* 79 NY2d 445, 449, quoting *People v Gissendanner,* 48 NY2d 543, 552). Because the defendant did not contest that the witness was his friend, summary denial here was proper. In the circumstances presented, we decline to disturb the negotiated sentence *(see, People v Brito,* 154 AD2d 293). Concur—Sullivan, J. P., Carro, Nardelli, Williams and Tom, JJ.